James W. Henderson, Jr., No. 071170
Tania H. Colderbank, No. 213675
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1007 7th Street, Suite 200
Sacramento, CA  95814
Telephone:     916.446.5297
Facsimile:      916.446.4487

Specially appearing for Defendants
Delwin Brown, Marcel Berry,
Daniel Torres, Linda Bridges,
Stevie Chiu, and Robert Dutra

FILED
APR 21 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO MORALES, | No. 2:05-CV-00591-GEB-KJM |
| Plaintiff, | **EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO SUMMONS AND COMPLAINT** |
| v. | |
| CALIFORNIA DEPARTMENT OF YOUTH AUTHROITY; STATE OF CALIFORNIA; DELWIN BROWN; MARCEL BERRY; DANIEL TORRES; LINDA BRIDGES; STEVIE CHIU; ROBERT DUTRA; RODERICK HICKMAN; TIM MAHONEY; WALTER ALLEN III; STEVE STENOWSKI; STEVE CRUZ; and DOES 1 to 100, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, | [F.R.C.P. RULE 6(b), L.R. 6-144(c)] |
| Defendants. | |

I, James W. Henderson, Jr., do hereby declare under penalty of perjury under the laws of the United States as follows:

CBM-SAC\SA035392.1

EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND

I hereby apply to the Court on behalf of defendants Delwin Brown, Marcel Berry, Daniel Torres, Linda Bridges, Stevie Chiu, and Robert Dutra (hereinafter referred to as the "Employee Defendants") for an order extending time to file a response to the summons and complaint in the above-entitled matter to May 9, 2005.

The facts in support of this request are set forth as follows:

This is a civil rights action relating to an incident that occurred at a California Youth Authority facility in Stockton, California. The matter was originally filed in Superior Court in San Joaquin County and removed to this Court on March 25, 2004 by certain of the other defendants in this action including the State of California. It is my understanding that each of the Employee Defendants by April 1, 2005, had requested the California Youth Authority, their employer, to represent and indemnify them in this action. It is also my understanding that the Employee Defendants were first advised that the Youth Authority would not represent them late last week (April 14 and/or April 15, 2005).

On the afternoon of April 18, 2005 I was contacted and requested to represent all six (6) of the Employee Defendants in this matter as well as in the related matter, *Baker vs. State of California, et al.*, Case No. 2:05CV-00589-GEB-KJM, a second lawsuit arising from the same events and which involve the same defendants. (Counsel for plaintiff in the *Baker* action has agreed to stipulate to the same extension as is requested in this Application as to those Employee Defendants who have been served in that case.)

The dates of service on the Employee Defendants in this (*Morales*) action are unclear at the present time. In reviewing the limited materials that I have been provided, it appears that some of the Employee Defendants may have been served as early as April 1, 2005 with the Federal Summons and the Complaint, while others appear to have been served on April 11, 2005. If in fact service was made on April 1, 2005 on some of the Employee Defendants, this means that their response to the complaint is due on Thursday, April 21, 2005. This current deadline does not give me sufficient time to file an answer or any other responsive pleading. In order to represent all six (6) defendants, I need to obtain signed written consents by each of the defendants waiving any potential

conflicts that could exist as a result of joint representation. One of the Employee Defendants (Mr. Torres) is currently in Texas and will not be returning to California until this weekend. Another of the Employee Defendants was in Hong Kong and only returned yesterday.

Accordingly, I determined that I needed to obtain additional time on behalf of all of the Employee Defendants to enable me to confirm the joint representation and ensure adequate time to prepare responsive pleadings. In this regard, and in an effort to resolve this issue voluntarily, on April 19, 2005, I telephoned the plaintiff's law offices and asked to speak to Bruce Glassner, the attorney whom I understood is handling the matter on behalf of the plaintiff. I was advised that Mr. Glassner was not available. I left a message with the person with whom I spoke at that office indicating that I was calling regarding the service of the complaint on the Employee Defendants and to request an extension of time to respond for the Employee Defendants. I asked that Mr. Glassner contact me later that afternoon; however, when I did not hear from him regarding his position on an extension of time, I contacted his office a second time at approximately 9:50 a.m. today. I was advised that Mr. Glassner was still not available. I again left a message that I was requesting an extension and indicated that if I did not hear from him, I would be submitting this Ex Parte Application to the court this afternoon. Mr. Glassner still has not contacted me.

To my knowledge, this is the first extension of time requested by any of the Employee Defendants in this action. I am aware that the State of California and certain of the other defendants requested an extension by ex parte application and obtained an extension of 30 days to respond in this matter. The extension that I am requesting, assuming service on April 1, 2005, will constitute an extension of 18 days; assuming service on April 11, 2005, it will constitute an extension of time of 7 days.

Accordingly, Employee Defendants request that this court grant an extension of time to and including May 9, 2005 for defendants Delwin Brown, Marcel Berry, Daniel Torres, Linda Bridges, Stevie Chiu, and Robert Dutra to file a responsive pleading to the summons and complaint in this matter.

CBM-SAC\SA035392.1                              -3-

EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND

Executed this 20th day of April, 2005 in Sacramento, California.

_____
James W. Henderson, Jr.

## ORDER

Having considered defendants' Ex Parte Application for an extension of time to plead and finding good cause therefore, it is hereby ordered that defendants Delwin Brown, Marcel Berry, Daniel Torres, Linda Bridges, Stevie Chiu, and Robert Dutra have to and including May 9, 2005 within which to file responsive pleadings to the summons and complaint in this matter.

Dated: 4-21-05

_____
United States District Court Judge

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA035392.1

-4-

**EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND**

MORALES V CALIFORNIA DEPARTMENT OF YOUTH AUTHORITY
USDC CASE NO. 2:05-CV-00591-GEB-KJM

## PROOF OF SERVICE

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 1007 7th Street, Suite 200, Sacramento, CA 95814-3409. On April 20, 2005, I served the enclosed:

**EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO SUMMONS AND COMPLAINT**

on the following interested party(s) in said cause.

BRUCE M. GLASSER, ESQ.
LAW OFFICES OF JOSEPH W. CARCIONE, JR.
601 BREWSTER AVENUE
P O BOX 3389
REDWOOD CITY, CA 94064
TEL: 650-367-6811
FAX: 650-367-0367

MONICA NOELLA ANDERSON
CALIFORNIA TTORNEY GENERAL'S OFFICE
1300 I STREET
SACRAMENTO, CA 95814
TEL: 916-324-3867
FAX: 916-324-5205

**VIA MAIL**

☐ By enclosing a true and correct copy thereof in a sealed envelope and, following ordinary business practices, said envelope was placed for mailing and collection in the offices of Carroll, Burdick & McDonough LLP in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/ documents for mailing with the United States Postal Service and that said correspondence/documents are deposited with the United States Postal Service in the ordinary course of business on this same day.

**VIA FACSIMILE**

☒ By transmitting via facsimile the correspondence/document(s) listed above from fax number 916.456.3060, to the fax number(s) set forth above during the ordinary course of business on this date before 5:00 p.m. I am readily familiar with the Firm's practice for collection and processing of correspondence/ document(s) via facsimile transmission(s). The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

_____
Mel Thomas